1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendants Johnson &
   Johnson and Ethicon Inc.

7
                    UNITED STATES DISTRICT COURT
8
                          DISTRICT OF NEVADA
9

10  LIANNE KOUNTZ and ROBERT KOUNTZ,    | Case No.  2:19-cv-01916-JCM-NJK

                Plaintiffs,
11         vs.

12  AMERICAN MEDICAL SYSTEMS INC.;      | **JOINT MOTION TO DISMISS WITH**
    AMERICAN MEDICAL SYSTEMS            | **PREJUDICE**
13  HOLDINGS INC.; ENDO
    PHARMACEUTICALS INC.; ENDO
14  HEALTH SOLUTIONS INC. fka ENDO
    PHARMACEUTICALS HOLDINGS INC.;
15  ETHICON INC.; ETHICON LLC; and
    JOHNSON & JOHNSON,
16
                Defendants.
17

18         Plaintiffs Lianne and Robert Kountz and Defendants Johnson & Johnson, and

19  Ethicon, Inc. (collectively, the "Ethicon Defendants") jointly move to dismiss all claims against

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2467332_1

Page 1 of 2

the Ethicon Defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  No other defendants remain.  The parties agree that each party shall bear their or its own costs.

| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | KAEMPFER CROWELL |
|---|---|
| /s/ Don Springmeyer<br>Don Springmeyer, No 1021<br>Bradley S. Schrager, No. 10217<br>3556 East Russell Road, Second Floor<br>Las Vegas, Nevada 89120 | /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| KLINE & SPECTER<br>Thomas R. Kline<br>Lee B. Blafsky<br>1525 Locust Street, 19th Floor<br>Philadelphia, Pennsylvania 19102<br><br>Attorneys for Plaintiffs Lianne Kountz and Robert Kountz | Attorneys for Defendants Johnson & Johnson and Ethicon Inc. |

**ORDER**

IT IS SO ORDERED.  This matter is dismissed with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2019

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2467332_1

Page 2 of 2